UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC STUEDEMANN,

        Plaintiff,

vs.                                            Case No. 8:11-cv-1438-T-27MAP

FREDERICK J. HANNA &
ASSOCIATES, P.C.,

        Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Defendant's Motion to Dismiss Complaint (Dkt. 4) to which Plaintiff has responded (Dkt.7). Upon consideration, the Court finds that Plaintiff has standing to pursue his claims and that the Verified Complaint contains factual allegations sufficient to provide Defendant with fair notice of Plaintiff's claims and that those allegations, when taken as true, state claims to relief that are plausible on their face. *See Ashcroft v. Iqbal*, ___ U.S. ___, 129 S. Ct. 1937, 1949 (2009); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555-56 (2007). Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss Complaint (Dkt. 4) is **DENIED**.

DONE AND ORDERED in chambers this 12th day of September, 2011.

                                                                JAMES D. WHITTEMORE
                                                                 United States District Judge

Copies to:
Counsel of Record