UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC STUEDEMANN,

          Plaintiff,

vs.                                                                  Case No. 8:11-cv-1438-T-27MAP

FREDERICK J. HANNA
& ASSOCIATES, P.C.,

          Defendant.
_____/

## ORDER TO SHOW CAUSE

It appearing that Plaintiff has failed to prosecute this case,[1] it is **ORDERED**:

(1)    Within **fourteen (14) days** of the date of this Order, Plaintiff is directed to show cause in writing why this case should not be dismissed for lack of prosecution, pursuant to Local Rule 3.10.

(2)    Failure of Plaintiff to file a timely response shall result in the immediate dismissal of this case for lack of prosecution *without further notice of the Court*.

**DONE AND ORDERED** in chambers this 8th day of November, 2011.

                                                      JAMES D. WHITTEMORE
                                                      United States District Judge

Copies to:
Counsel of Record

---

[1] The Court denied the Defendant's motion to dismiss on September 13, 2011 (Dkt. 8). Defendant has not filed an answer to the Complaint as required by Fed. R. Civ. P. 12(a)(4)(A). Despite Defendant's failure to timely answer the Complaint, Plaintiff has neither moved for entry of a default under Fed. R. Civ. P. 55 nor sought other relief from the Court.