**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ERIC STUEDEMANN,

      Plaintiff,

vs.

Case No. 8:11-cv-01438-JDW-MAP

FREDERICK J. HANNA &
ASSOCIATES, PC,

      Defendant.
_____/

## RESPONSE TO ORDER TO SHOW CAUSE

**COMES NOW** Plaintiff, Eric Stuedemann (hereinafter, "Plaintiff"), and files this, his *Response to Order to Show Cause* [Dkt. 13], showing cause why Plaintiff's case against Defendant, Frederick J. Hanna & Associates, PC (hereinafter "Defendant"), should not be dismissed for lack of prosecution and states in support thereof the following:

1. Plaintiff filed his Complaint in the County Court, in and for Pinellas County, Florida on May 27, 2011.

2. Defendant filed its Notice of Removal [Dkt. 1] on June 29, 2011 and removed the instant case to the Middle District of Florida, Tampa Division.

3. On July 5, 2011, Defendant filed its Motion to Dismiss [Dkt. 4].

4. On August 4, 2011, Plaintiff filed his Response in Opposition to Defendant's Motion to Dismiss [Dkt. 7], and the Court entered an Order Denying Defendant's Motion to Dismiss on September 13, 2011 [Dkt. 8] ("Order").

5. Since the entry of the Order, Plaintiff and Defendant have entered into settlement negotiations in an attempt to resolve parties' dispute.

6. Counsel for the parties failed to file a Joint Motion for Enlargement of Time for Defendant to File Responsive Pleading, citing therein good faith settlement discussions as the basis for the requested extension.

7. Contemporaneously with this Response to Order to Show Cause, undersigned counsel has filed a Joint Motion for Enlargement of Time for Defendant to File Responsive Pleading requesting an extension through and including December 2, 2011 for Defendant to file its responsive pleading to Plaintiff's Complaint.

**WHEREFORE**, Plaintiff and its undersigned counsel pray that this Court enter an Order discharging its Order to Show Cause and for such other relief as is fair and just.

Respectfully Submitted,

**LEAVENGOOD & NASH**

/s/ Ian R. Leavengood
**Ian R. Leavengood, Esq., FBN 0010167**
**LEAD TRIAL COUNSEL**
**Christopher C. Nash, Esq., FBN 0135046**
**Heather M. Fleming, Esq., FBN 25971**
2958 First Avenue North
St. Petersburg, FL 33713
Phone: (727) 327-3328
Fax: (727) 327-3305
ileavengood@leavenlaw.com
cnash@leavenlaw.com
hfleming@leavenlaw.com
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing *Response to Order to Show Cause* was delivered electronically or via USPS on this 11th day of November 2011 to:

Barbara Fernandez
Hinshaw & Culbertson LLP
9155 South Dadeland Boulevard, Suite 1600
Miami, FL 33156

/s/ Ian R. Leavengood
Attorney