**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ERIC STUEDEMANN, an individual,

                                      Case No. 8:11-cv-01438-JDW-MAP

     Plaintiff,

vs.

FREDERICK J. HANNA & ASSOCIATES,
P.C., a foreign corporation

     Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, Eric Stuedemann (hereinafter "Plaintiff"), by and through his undersigned counsel and pursuant to Middle District of Florida, Local Rule 3.08, hereby submits this *Notice of Pending Settlement* and states:

1. Plaintiff and Defendant, Frederick J. Hanna & Associates, P.C. (hereinafter "Defendant"), have reached a verbal settlement with regard to all claims in this case, and the parties are presently drafting, finalizing, and executing the written settlement agreement and release of liability.

2. Upon execution of a mutually agreeable settlement agreement and release, undersigned counsel will execute and file a Notice of Settlement and Stipulation for Dismissal with Prejudice.

3. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that he has consulted with the office of Defendant's counsel and Defendant's counsel has no objection to Plaintiff's notice.

Submitted this 30th day of November 2011.

        Respectfully Submitted,

        **LEAVENGOOD & NASH**

        /s/ Ian R. Leavengood
        **Ian R. Leavengood, Esq., FBN 0010167**
        2958 First Avenue North
        St. Petersburg, FL 33713
        Phone:  (727) 327-3328
        Fax: (727) 327-3305
        ileavengood@leavenlaw.com
        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing *Notice of Pending Settlement* has been furnished electronically or by U.S. Mail this 30th day of November 2011 to:

Barbara Fernandez
Counsel for Defendant
Hinshaw & Culbertson LLP
9155 South Dadeland Boulevard, Suite 1600
Miami, FL 33156

        /s/ Ian R. Leavengood
        Attorney